```
                           FILED
                   CLERK, U.S. DISTRICT COURT

                       July 7, 2020

                 CENTRAL DISTRICT OF CALIFORNIA
                 BY: ___VPC___ DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERESA J. SUESS,<br><br>    Plaintiff,<br><br> v.<br><br>U.S. PRESIDENT DONALD TRUMP, et al.,<br><br>    Defendants. | Case No. CV 20-06000-JAK-AFM<br><br>**JUDGMENT** |

  Pursuant to the Court's Order Denying Plaintiff's Request to Proceed *In Forma Pauperis*,

  IT IS ORDERED AND ADJUDGED that the action is dismissed with prejudice.

DATED: July 7, 2020.

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE